

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 24, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
| **D Elite Management, Inc,** | § § | **Case No. 25-30983-MVL11** |
| Debtor. | § § § | |

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

On March 21, 2025, D Elite Management, Inc. (the "**Debtor**") filed a voluntary *Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 of the Bankruptcy Code* (the "**Petition**") in this Court. On page 4 of the Petition, the section entitled "Signature of attorney" is left blank. ECF No. 1.

1

It is a well-established legal principle that a corporation cannot appear in a federal court unless represented by a licensed attorney. *See Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004); *Southwest Express Co. v. ICC*, 670 F.2d 53, 55 (5th Cir.1982). Furthermore, Local Bankruptcy Rule 1002-2(a) clearly provides that:

> Only an individual may file a voluntary bankruptcy petition or appear in court without being represented by a licensed attorney. All other entities, including partnerships, corporations and trusts may not, without counsel, appear in court or sign pleadings, including the petition. If a debtor that is not an individual files a petition without legal counsel, the Presiding Judge may dismiss the case without notice, either *sua sponte*, or on a motion of a party in interest.

L.B.R. 1002-2(a).

Based on the foregoing, the Court finds good cause to order the Debtor to appear and show cause why this case should not be dismissed, it is therefore:

**ORDERED** that Reza Dibaje (the "**Debtor's Representative**") shall appear, either in person or via WebEx, at a hearing before this Court on **April 22, 2025, at 2:00 p.m.** to show cause why this case should not be dismissed. The WebEx Video Conference link may be accessed here: https://us-courts.webex.com/meet/larson; it is further

**ORDERED** that failure to attend the hearing before this Court by the Debtor's Representative shall result in the **DISMISSAL** of this case; provided, however, that if counsel should appear on behalf of the Debtor and seek to be retained prior to **April 18, 2025**, the hearing shall be cancelled; it is further

**ORDERED** that the Clerk of the Bankruptcy Court shall serve a copy of this Order upon the Debtor, at 3026 Mockingbird Lane, #213, Dallas, Texas 75205; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###END OF ORDER###